THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY COMMOROATO, Defendant, and DAVID LAGE and LOUIS RUSSO, Appellants.

Present — Townley, Untermyer, Dore, Cohn and Callahan, JJ.; Untermyer, J., dissents as to the defendant David Lage in opinion.

UNTERMYER, J. (dissenting as to the defendant Lage). The admission, over objection and exception, against the defendant Lage of a paper found on the person of the defendant Russo containing a list of drugs which were stored in

the warehouse vault in my opinion was error of so serious a character as to require reversal of the judgment against the defendant Lage and a new trial as to him. The judgment against the defendant Russo should be affirmed.